# Court of Appeals
# of the State of Georgia

ATLANTA, June 05, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1731. LEVERT L. SONNIER v. BREANNA Q. CHATMON.

Breanna Chatmon and Levert Sonnier were divorced in 2024. Chatmon subsequently filed a petition seeking to hold Sonnier in contempt of the divorce decree, which the trial court granted. Sonnier then filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases," including orders "holding or declining to hold persons in contempt" of such orders, must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2); see *Norman v. Ault*, 287 Ga. 324, 330-331 (6) (695 SE2d 633) (2010). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Because Sonnier failed to file an application for discretionary appeal, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 06/05/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*